# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-11809-AMC

SHERRY NICOLE SOTO

501 Wacousta Court

Oxford, PA 19363

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

SHERRY NICOLE SOTO

501 Wacousta Court

Oxford, PA 19363

Counsel for debtor(s), by electronic notice only.

    CYNTHIA E. REED ESQ
    LAW OFFICE OF CYNTHIA E REED
    8 NORTH QUEEN ST  STE 700F
    LANCASTER, PA 17603

                                                      /S/ William C. Miller

Date: 6/8/2017                                      _____

                                                        William C. Miller, Esquire
                                                        Chapter 13 Standing Trustee