# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 17-11809-AMC

SHERRY NICOLE SOTO

501 Wacousta Court

Oxford, PA 19363

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
SHERRY NICOLE SOTO

501 Wacousta Court

Oxford, PA 19363

**Counsel for debtor(s), by electronic notice only.**
CYNTHIA E. REED ESQ
LAW OFFICE OF CYNTHIA E REED
8 NORTH QUEEN ST  STE 700F
LANCASTER, PA 17603

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

/s/ William C. Miller

Date: 7/26/2017

_____
William C. Miller, Esquire
Chapter 13 Standing Trustee