## UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SHERRY NICOLE SOTO                                   Chapter 13


                    Debtor                  Bankruptcy No. 17-11809-AMC


### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this ___3rd_____ day of __October_____, 201**7**, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.


_____
                            Ashely M. Chan
                            Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
CYNTHIA E. REED ESQ
LAW OFFICE OF CYNTHIA E REED
8 NORTH QUEEN ST  STE 700F
LANCASTER, PA 17603


Debtor:
SHERRY NICOLE SOTO

501 Wacousta Court

Oxford, PA 19363