United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-11809-amc
Sherry Nicole Soto                                                  Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 2                Date Rcvd: Oct 03, 2017
                              Form ID: pdf900          Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 05, 2017.
```
db            +Sherry Nicole Soto,    501 Wacousta Court,    Oxford, PA 19363-4418
13883078      +Citibank,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
               Saint Louis, MO 63179-0040
13883079      +Convergent Outsoucing, Inc,    Po Box 9004,    Renton, WA 98057-9004
13883081      +Debt Recovery Solution,    Attention: Bankruptcy,    6800 Jericho Turnpike   Ste 113e,
               Syosset, NY 11791-4401
13883083      +Mw Fidel Svc,   103 S Main Street,    Ottawa, KS 66067-2327
13883087      +The Bureaus Inc,   650 Dundee Rd,    Ste 370,    Northbrook, IL 60062-2757
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov Oct 04 2017 01:44:00     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 04 2017 01:43:34
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 04 2017 01:43:58     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 04 2017 02:23:50
               The Bureaus, Inc.,    c/o PRA Receivables Management, LLC,    PO Box 41021,
               Norfolk, VA 23541-1021
13952683      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 04 2017 01:54:10
               Bureaus Investment Group Portfolio No 15 LLC,    c/o PRA Receivables Management, LLC,
               PO Box 41021,    Norfolk VA 23541-1021
13883080      +E-mail/Text: bankruptcy_notifications@ccsusa.com Oct 04 2017 01:44:20
               Credit Collections Svc,    Po Box 773,    Needham, MA 02494-0918
13883082      +E-mail/Text: bknotice@erccollections.com Oct 04 2017 01:43:50     ERC/Enhanced Recovery Corp,
               8014 Bayberry Rd,    Jacksonville, FL 32256-7412
13906976       E-mail/PDF: cbp@onemainfinancial.com Oct 04 2017 01:45:30     ONEMAIN,   P.O. BOX 3251,
               EVANSVILLE, IN 47731-3251
13883084      +E-mail/PDF: cbp@onemainfinancial.com Oct 04 2017 01:45:44     OneMain,   Attn: Bankruptcy,
               601 Nw 2nd St,    Evansville, IN 47708-1013
13883085      +E-mail/PDF: cbp@onemainfinancial.com Oct 04 2017 01:45:55     Onemain Financial/Citifinancial,
               6801 Colwell Blvd,    Ntsb-2320,   Irving, TX 75039-3198
13922364      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 04 2017 02:23:35
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13914435      +E-mail/Text: bankruptcyteam@quickenloans.com Oct 04 2017 01:43:57     Quicken Loans Inc.,
               635 Woodward Avenue,    Detroit, MI 48226-3408
13883086      +E-mail/Text: bankruptcyteam@quickenloans.com Oct 04 2017 01:43:57     Quickn Loans,
               1050 Woodward Ave,    Detroit, MI 48226-1906
13945317      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 04 2017 01:54:25     Verizon,
               by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 14

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13906975       BK-FILED POC #,   SECURED $,    UNSECURED $,   ARREARAGE$,
               ZIPPED DOCS AND SAVED COMP POC FOLDER
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2017                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2          User: Antoinett            Page 2 of 2                  Date Rcvd: Oct 03, 2017
                              Form ID: pdf900           Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2017 at the address(es) listed below:

        BRIAN CRAIG NICHOLAS    on behalf of Creditor    Quicken Loans Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
        CYNTHIA E. REED    on behalf of Debtor Sherry Nicole Soto creed15030@gmail.com, bhuber.1500@gmail.com
        MATTEO SAMUEL WEINER    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
        THOMAS I. PULEO    on behalf of Creditor    Quicken Loans Inc. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com

                                                                                                                                TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

SHERRY NICOLE SOTO                                     Chapter 13

                    Debtor            Bankruptcy No. 17-11809-AMC

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

    **AND NOW**, this __3rd__ day of __October__, 2017, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

    **ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
CYNTHIA E. REED ESQ
LAW OFFICE OF CYNTHIA E REED
8 NORTH QUEEN ST  STE 700F
LANCASTER, PA 17603


Debtor:
SHERRY NICOLE SOTO

501 Wacousta Court

Oxford, PA 19363